UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                          :        CHAPTER 13
      NICOLE ELIZABETH CRANAGE          :
                                               :
                  Debtor(s)                         No. 24-12757  amc

ORDER

AND NOW, this __26th__ day of August 2024, the Court having considered the Debtor's

Motion for Extension of Time to File Required Documents, submitted by the attorney of record,

MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including

September 4, 2024, within which to file all required documents.

_____
Ashely M. Chan
Chief United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mrs. Nicole Elizabeth Cranage
2615 Crabapple Circle
Perkasie, PA 18944