UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                              :        CHAPTER 13
    NICOLE ELIZABETH CRANAGE        :
                                                                                                :
                      Debtor(s)                                            No. 24-12757  amc

## ORDER

AND NOW, this __9th__ day of September 2024, the Court having considered the Debtor's Second Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including September 14, 2024, within which to file all required documents. No further extensions will be granted.

_____
Ashely M. Chan
Chief United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mrs. Nicole Elizabeth Cranage
2615 Crabapple Circle
Perkasie, PA 18944