

ESS SUPPORT SERVICES, LLC (300917)
2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035

Voucher #: 948720  Sort Order: 635

| Employee ID | Employee Name | | | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|---|---|
| YB3370 | NICOLE ELIZABETH CRANAGE | | | 06-28-2024 | 06-09-2024 | 06-15-2024 | 47320411 |

Fed Tax SS/Single          State Tax NA/0          Method Of Payment: Hourly

| Charge Date | Description | Rate | CURRENT EARNINGS DETAIL | | | | Position | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours/Units | Amount | Hours Worked | Loc | | Description | Amount | Y-T-D |
| 06-10-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE | FEDERAL INCOME | 41.05 | 1,144.96 |
| 06-11-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE | MEDICARE - EE | 9.57 | 251.08 |
| 06-12-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE | SOCIAL SEC - EE | 40.92 | 1,073.59 |
| 06-13-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE | PA INCOME TAX | 20.26 | 531.62 |
| | | | | | | | | PA UNEMPLOYMENT | 0.46 | 12.14 |
| | | | | | | | | DOYLESTOWN TOWN | 9.90 | 259.82 |
| | | | | | | | | DOYLESTOWN TOWN | 1.00 | 25.00 |

Totals:       30.00      660.00      30.00

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| C | 61066 | 536.84 | 536.84 |

Net Pay Y-T-D
14,017.79

Total:    536.84           Total: 123.16   3,298.21

| Y-T-D EARNINGS | | PAID TIME OFF | | | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Amount | Description | C/O | Accrued | Used | Available | Description | Amount | Y-T-D |
| HOURLY | 17,116.00 | PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| ADJUSTMENT | 200.00 | | | | | | | | |

Total:   17,316.00       ** IMPORTANT NOTES **       Total:   0.00   0.00

PHR_ES_OASIS_ESD_CHECKS_V2

**Oasis**
A PAYCHEX company

47320411

ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

06-28-2024

AMOUNT
************0.00

Pay: Non-negotiable

To The Order Of: NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

Non-Negotiable

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

300917 M16767 PA
2024300

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944



ESS SUPPORT SERVICES, LLC (300917)
2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 951668  Sort Order: 520

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YB3370 | NICOLE ELIZABETH CRANAGE | 07-05-2024 | 06-16-2024 | 06-22-2024 | 47338180 |

Fed Tax SS/Single     State Tax NA/0     Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 06-17-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 06-18-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 06-20-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |

Totals:  22.50  495.00  22.50

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 21.42 | 1,166.38 |
| MEDICARE - EE | 7.18 | 258.26 |
| SOCIAL SEC - EE | 30.69 | 1,104.28 |
| PA INCOME TAX | 15.20 | 546.82 |
| PA UNEMPLOYMENT | 0.35 | 12.49 |
| DOYLESTOWN TOWN | 7.43 | 267.25 |
| DOYLESTOWN TOWN | 1.00 | 26.00 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 61066 | 411.73 |

Net Pay: 411.73
Net Pay Y-T-D: 14,429.52

Total: 411.73     Total: 83.27  3,381.48

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| HOURLY | 17,611.00 |
| ADJUSTMENT | 200.00 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 17,811.00     ** IMPORTANT NOTES **     Total: 0.00  0.00

PHR_ES_OASIS_ESS_CHECKS_Y2

## Oasis
A PAYCHEX company

47338180
07-05-2024

ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

AMOUNT
***********0.00

Pay: Non-negotiable

To The Order Of:  NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

Non-Negotiable

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

300917 M16767 PA
2024311

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

ESS SUPPORT SERVICES, LLC (300917)
2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035

Voucher #: 954008  Sort Order: 240

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YB3370 | NICOLE ELIZABETH CRANAGE | 07-12-2024 | 06-23-2024 | 06-29-2024 | 47353129 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 06-24-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 06-26-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 06-27-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 21.42 | 1,187.80 |
| MEDICARE - EE | 7.18 | 265.44 |
| SOCIAL SEC - EE | 30.69 | 1,134.97 |
| PA INCOME TAX | 15.20 | 562.02 |
| PA UNEMPLOYMENT | 0.35 | 12.84 |
| DOYLESTOWN TOWN | 7.43 | 274.68 |
| DOYLESTOWN TOWN | 1.00 | 27.00 |

Totals: 22.50    495.00    22.50

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 61066 | 411.73 |

Net Pay: 411.73
Net Pay Y-T-D: 14,841.25

Total: 411.73    Total: 83.27  3,464.75

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| HOURLY | 18,106.00 |
| ADJUSTMENT | 200.00 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 18,306.00    ** IMPORTANT NOTES **    Total: 0.00    0.00



Oasis
A PAYCHEX company

ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

47353129
07-12-2024
AMOUNT
***********0.00

Pay: Non-negotiable

To The Order Of:  NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

300917 M16767 PA
2024315

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944





ESS SUPPORT SERVICES, LLC (300917)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 955616 Sort Order: 306

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Y83370 | NICOLE ELIZABETH CRANAGE | 07-19-2024 | 06-30-2024 | 07-06-2024 | 47359372 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 07-01-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-02-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-03-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| Totals: | | | 22.50 | 495.00 | 22.50 | | |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 21.42 | 1,209.22 |
| MEDICARE - EE | 7.17 | 272.61 |
| SOCIAL SEC - EE | 30.69 | 1,165.66 |
| PA INCOME TAX | 15.20 | 577.22 |
| PA UNEMPLOYMENT | 0.35 | 13.19 |
| DOYLESTOWN TOWN | 7.43 | 282.11 |
| DOYLESTOWN TOWN | 1.00 | 28.00 |
| Total: | 83.26 | 3,548.01 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 61066 | 411.74 |
| Total: | | 411.74 |

Net Pay
411.74
Net Pay Y-T-D
15,252.99

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| HOURLY | 18,601.00 |
| ADJUSTMENT | 200.00 |
| Total: | 18,801.00 |

PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Total: | 0.00 | 0.00 |

** IMPORTANT NOTES **

PHR_SS_OASIS_ESS_CHECKS_V2

47359372

Oasis
A PAYCHEX company

07-19-2024

ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

AMOUNT
***********0.00

Pay: **Non-negotiable**

To The Order Of: NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

Non-Negotiable

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

300917 M16767 PA
2024334

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

ESS SUPPORT SERVICES, LLC (300917)
2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035

Voucher #: 959177   Sort Order: 317

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YB3370 | NICOLE ELIZABETH CRANAGE | 07-26-2024 | 07-07-2024 | 07-13-2024 | 47364051 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 06-21-2024 | SICK PAY | 825.0000 | 1.00 | 825.00 | 0.00 | M16767 | PERM-PTO |
| 07-11-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 80.65 | 1,289.87 |
| MEDICARE - EE | 14.36 | 286.97 |
| SOCIAL SEC - EE | 61.38 | 1,227.04 |
| PA INCOME TAX | 30.39 | 607.61 |
| PA UNEMPLOYMENT | 0.69 | 13.88 |
| DOYLESTOWN TOWN | 14.85 | 296.96 |
| DOYLESTOWN TOWN | 1.00 | 29.00 |

Totals:  8.50   990.00   7.50

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| C | 61066 | 786.68 |

Net Pay: 786.68
Net Pay Y-T-D: 16,039.67

Total: 786.68

Y-T-D EARNINGS
| Description | Amount |
|---|---|
| HOURLY | 18,766.00 |
| ADJUSTMENT | 200.00 |
| SICK PAY | 825.00 |

PAID TIME OFF
| Description | C/D | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 |

Total: 203.32   3,751.33
EMPLOYER CONTRIBUTIONS
| Description | Amount | Y-T-D |

Total: 19,791.00

** IMPORTANT NOTES **

Total: 0.00   0.00

Oasis
A PAYCHEX company
ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

47364051
07-26-2024

AMOUNT
***********0.00

Pay: Non-negotiable

To The Order Of: NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

300917 M16767 PA
2024345

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944



ESS SUPPORT SERVICES, LLC (300917)
2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 961022    Sort Order: 336

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YB3370 | NICOLE ELIZABETH CRANAGE | 08-02-2024 | 07-14-2024 | 07-20-2024 | 47371498 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 07-15-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-16-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-17-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-18-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |

Totals:   30.00   660.00   30.00

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 41.05 | 1,330.92 |
| MEDICARE - EE | 9.57 | 296.54 |
| SOCIAL SEC - EE | 40.92 | 1,267.96 |
| PA INCOME TAX | 20.26 | 627.87 |
| PA UNEMPLOYMENT | 0.46 | 14.34 |
| DOYLESTOWN TOWN | 9.90 | 306.86 |
| DOYLESTOWN TOWN | 1.00 | 30.00 |

DIRECT DEPOSIT
| Type | Account | Amount |
|---|---|---|
| C | 61066 | 536.84 |

Net Pay: 536.84
Net Pay Y-T-D: 16,576.51

Total: 536.84    Total: 123.16   3,874.49

Y-T-D EARNINGS
| Description | Amount |
|---|---|
| HOURLY | 19,426.00 |
| ADJUSTMENT | 200.00 |
| SICK PAY | 825.00 |

PAID TIME OFF
| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 |

EMPLOYER CONTRIBUTIONS
| Description | Amount | Y-T-D |
|---|---|---|

Total: 20,451.00    ** IMPORTANT NOTES **    Total: 0.00   0.00

47371498

**Oasis** A PAYCHEX company

ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

08-02-2024

Pay: Non-negotiable

AMOUNT: ***********0.00

To The Order Of:
NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

Non-Negotiable

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

300917 M16767 PA
2024351

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944





ESS SUPPORT SERVICES, LLC (300917)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035

Voucher #: 962660 Sort Order: 273

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YB3370 | NICOLE ELIZABETH CRANAGE | 08-09-2024 | 07-21-2024 | 07-27-2024 | 47377075 |

Fed Tax SS/Single State Tax NA/0 Method Of Payment: Hourly

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 07-22-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-23-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-24-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| 07-25-2024 | HOURLY | 22.0000 | 7.50 | 165.00 | 7.50 | M16767 | PERM-FTE |
| Totals: | | | 30.00 | 660.00 | 30.00 | | |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 41.05 | 1,371.97 |
| MEDICARE - EE | 9.57 | 306.11 |
| SOCIAL SEC - EE | 40.92 | 1,308.88 |
| PA INCOME TAX | 20.26 | 648.13 |
| PA UNEMPLOYMENT | 0.46 | 14.80 |
| DOYLESTOWN TOWN | 9.90 | 316.76 |
| DOYLESTOWN TOWN | 1.00 | 31.00 |
| Total: | 123.16 | 3,997.65 |

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 61066 | 536.84 |
| | Total: | 536.84 |

Net Pay: 536.84

Net Pay Y-T-D: 17,113.35

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| HOURLY | 20,086.00 |
| ADJUSTMENT | 200.00 |
| SICK PAY | 825.00 |
| Total: | 21,111.00 |

PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 0.00 | 0.00 | 0.00 | 0.00 |

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Total: | 0.00 | 0.00 |

** IMPORTANT NOTES **

PHR_SS_OASIS_ESS_CHECKS_V2

Oasis
A PAYCHEX company

ESS SUPPORT SERVICES, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

47377075

08-09-2024

AMOUNT
***********0.00

Pay: Non-negotiable

To The Order Of: NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944

Non-Negotiable

OASIS OUTSOURCING
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

| |
|---|
| 300917 M16767 PA |
| 2024357 |

NICOLE ELIZABETH CRANAGE
2615 CRABAPPLE CIR
PERKASIE, PA 18944